UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TYRONE HURT,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No.  20-mc-80199-VC<br><br><br>**ORDER RE PRE-FILING REVIEW** |

   The request for permission to file the complaint is denied.  *See, e.g.*, *Hurt v. All Sweepstakes Contests*, No. C 12-4187 EMC, (N.D. Cal.  Jan. 11, 2013). The Clerk is directed not to accept the complaint for filing and this action is dismissed.


   **IT IS SO ORDERED.**

Dated: November 17, 2020

_____

VINCE CHHABRIA
United States District Judge